IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL DALEY, individually and on behalf of all others similarly situated,  Plaintiff,  vs.  JONES MOTOR CO., INC., and ZURICH AMERICAN INSURANCE COMPANY,  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 17-CV-56-NJR-DGW |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED and ADJUDGED** that by Order dated March 29, 2018 (Doc. 36), this is action is **DISMISSED without prejudice**.

DATED:   March 30, 2018

JUSTINE FLANAGAN, Acting Clerk

By:   s/ Deana Brinkley
      Deputy Clerk

APPROVED:   s/ Nancy J. Rosenstengel
            NANCY J. ROSENSTENGEL
            United States District Judge